IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HENRY FLOYD LOVE, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-08-390-M |
| ) | |
| JUSTIN JONES, DOC-Director, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

On April 17, 2008, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. §2254.  The Magistrate Judge recommended the Court deny petitioner's Motion for Leave to Proceed In Forma Pauperis, order payment of the filing fee within twenty days and dismiss the action without prejudice if petitioner fails to timely pay the filing fee or show good cause for the failure to do so.  Petitioner was advised on his right to object to the Report and Recommendation by May 7, 2008.  A review of the file reveals petitioner has filed no objection.[1]

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on April 17, 2008;

(2) DENIES petitioner's Motion for Leave to Proceed In Forma Pauperis [docket no. 2]; and

---

[1] On May 5, 2008, petitioner filed an [Amended] Petition Under 28 U.S.C. §2254 for Writ of Habeas Corpus by a Person in State Custody.  Upon review, the Court finds that no where within the amended petition does petitioner set forth any objection to the instant Report and Recommendation.

(3)     ORDERS petitioner to pay the filing fee within twenty days of the instant Order.

**IT IS SO ORDERED this 16th  day of May, 2008.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE